# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 13 |
| ANGELIQUE JONES, : | |
| : | Case No. 24-11310-amc |
| Debtor. : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

KINDLY WITHDRAW my appearance on behalf of the debtor in the above-referenced Chapter 13 case.

        Respectfully submitted,

        /s/ *Sharon S. Masters*
        Sharon S. Masters, Esquire
        132 Overleaf Drive
        Thorndale, PA 19372
        (610) 322-5277
        FAX: (951) 344-0434
        shmasters@hotmail.com
        Attorney for Debtor

KINDLY ENTER my appearance on behalf of the debtor in the above-captioned Chapter 13 bankruptcy case.

        Respectfully submitted,

        /s/ *Mark A. Cronin*
        Mark A. Cronin, Esquire
        128 Hillside Road
        Wayne, PA 19087
        (484) 266-0832
        philalaw@aol.com
        Attorney for Debtor