UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANGELIQUE JONES, | : | |
| | : | |
| DEBTOR. | : | CASE NO. 24-11310-amc |
| | : | |

**O R D E R**

**AND NOW**, upon consideration of Debtor's Motion to Extend Time for Filing Documents, it is hereby

**ORDERED** that the Debtor's Motion is **GRANTED** and the remaining required documents shall be filed on or before May 15, 2024.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge

DATED: May 7, 2024