# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Angelique Jones**<br>　　　　　　　　　Debtor(s)<br><br>**LAKEVIEW LOAN SERVICING, LLC**<br>　　　　　　　　　Movant<br>　　vs.<br><br>**Angelique Jones**<br>　　　　　　　　　Debtor(s)<br><br>**Kenneth E. West**,<br>　　　　　　　　　Trustee | **BK NO. 24-11310 AMC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 8** |

## AMENDED CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 19, 2024, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Angelique Jones
2726 North Barley Sheaf Road
Coatesville, PA 19320

Attorney for Debtor(s)
Mark A. Cronin
Law Office of Mark A. Cronin
128 Hillside Road
Wayne, PA 19087

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first-class mail

Dated: August 19, 2024

　　　　　　　　　　　　　　　　　　　　**/s/ Denise Carlon**
　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com