United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-11310-amc

Angelique Jones     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Oct 04, 2024     Form ID: pdf900     Total Noticed: 16

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angelique Jones, 2726 N. Barley Sheaf Road, Coatesville, PA 19320-2245 |
| 14877119 | + | Christopher Jones, 2726 N. Barley Sheaf Road, Coatesville, PA 19320-2245 |
| 14877122 | + | Nancy Dingman, 2726 N. Barley Sheaf Road, Coatesville, PA 19320-2245 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 04 2024 23:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 04 2024 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14893244 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2024 23:40:01 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14877118 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 04 2024 23:39:59 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14883610 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 04 2024 23:38:29 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14878153 | ^ | MEBN | Oct 04 2024 23:20:44 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14899394 | ^ | MEBN | Oct 04 2024 23:20:38 | LAKEVIEW LOAN SERVICING, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14899204 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2024 23:38:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14877120 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 04 2024 23:30:00 | Lakeview Loan Servicing LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14877121 | | Email/Text: camanagement@mtb.com | Oct 04 2024 23:30:00 | M&T Bank, P.O.Box 1288, Buffalo, NY 14240-1288 |
| 14877123 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 04 2024 23:40:04 | PayPal Credit Services/Synchrony Bank, P.O. Box 960080, Orlando, FL 32896-0080 |
| 14894209 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 04 2024 23:30:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14876594 | ^ | MEBN | Oct 04 2024 23:20:41 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 13

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 04, 2024 | Form ID: pdf900 | Total Noticed: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Debtor Angelique Jones philalaw@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　ANGELIQUE JONES<br><br>　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 24-11310-AMC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: October 4, 2024**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge